AO 455(Rev. 5/85) Waiver of Indictment

FILED

JUL 3 1 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

ALBERTO OROZCO-PRADO

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR 2547 -L

I, ALBERTO OROZCO-PRADO          , the above named defendant, who is accused of

committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 -
Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waive in open court on ____7-31-08____ prosecution by indictment and consent that the

proceeding may be by information rather than by indictment.

X Alberto Orozco P
Defendant

Counsel for Defendant

Before
Judicial Officer